JOHN D. CRIMMINS, Appellant, *v.* CARLYLE REALTY COMPANY, Respondent, Impleaded with Others.

*Crimmins* v. *Carlyle Realty Co.*, 132 App. Div. 664, affirmed.
(Argued October 8, 1909; decided October 26, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1909, which reversed an order of Special Term denying a motion under section 547 of the Code of Civil Procedure for judgment on the pleadings, and granted said motion.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action ? "

*William F. Clare* for appellant.

*Lewis M. Isaacs* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.